## 67081. MOODY v. THE STATE.

BANKE, Judge.

The evidence of record supports the revocation of the appellant's probation. See generally *Christian v. State,* 164 Ga. App. 612 (298 SE2d 325) (1982).

*Judgment affirmed. Deen, P. J., and Carley, J., concur.*

DECIDED NOVEMBER 1, 1983.

*James D. Clark,* for appellant.

*Harry D. Dixon, Jr., District Attorney, Richard E. Currie, Assistant District Attorney,* for appellee.